**Michael Corey FLUKER,
Plaintiff—Appellant,**

v.

**J.D. OWENS, of the South Carolina
Highway Patrol, Defendant—
Appellee,**

**and**

**Leslie Simmons; Oconee County Solicitors Office; Edward Delane
Rosemond, Defendants.**

No. 09–7932.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 22, 2010.

Michael Corey Fluker, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Corey Fluker appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fluker v. Simmons,* No. 9:08–cv–03704–HFF, 2008 WL 5210551 (D.S.C. Dec. 11, 2008); 2009 WL 3048719 (Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*